UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEHRAD GHASEDI , <br><br> Petitioner, <br><br> v. <br><br> CAMMILLA WAMSLEY, et al., <br><br> Respondents. | CASE NO. 2:25-cv-01984-RSM-BAT <br><br> **ORDER DIRECTING RESPONDENTS TO NOTIFY PRIOR TO TRANSFER OR REMOVAL OF PETITIONER** |

Petitioner filed a habeas petition on October 14, 2025; Respondents' return was filed on October 29; and Petitioner's response was filed November 5. The parties' pleadings raise multiple independent and complex issues. To minimize interruptions to this proceeding before a ruling is issued on Petitioner's claims, the Court **ORDERS** Respondents to notify the Court and all parties in writing at least three business days before effecting any transfer of Petitioner to a facility in another district or taking any action to remove Petitioner from the United States.

DATED this 10th day of November, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING RESPONDENTS TO
NOTIFY PRIOR TO TRANSFER OR
REMOVAL OF PETITIONER - 1