UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEHRAD GHASEDI, <br><br> Petitioner, <br><br> v. <br><br> CAMMILLA WAMSLEY, et al., <br><br> Respondent. | CASE NO. 2:25-cv-01984-RSM-BAT <br><br> **ORDER GRANTING HABEAS PETITION** |

Having reviewed, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses, and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation, Dkt. #11.

(2) The petition for habeas corpus is GRANTED. Petitioner Ghasedi shall be released from custody immediately subject to appropriate conditions of supervision consistent with the findings of the Report and Recommendation.

(3) The Clerk shall provide a copy of this Order to the parties.

DATED this 19th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING HABEAS PETITION - 1