# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEHRAD GHASEDI , <br><br> Petitioner, <br> v. <br><br> CAMMILLA WAMSLEY, et al., <br><br> Respondent. | **JUDGMENT IN A CIVIL CASE** <br><br> Case No. 2:25-cv-01984-RSM-BAT |

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved.  The case is dismissed with prejudice.

Dated this 19th day of December, 2025.

RAVI SUBRAMANIAN
Clerk of Court

/s *Tajma Eaton*
Deputy Clerk
